In the Matter of Bertha Gates on Habeas Corpus.

*·Industrial home for girls—Commitment.*

A commitment, issued by a justice of the peace, for the imprisonment of a girl at the State Industrial Home for Girls at Adrian, should be accompanied by his certificate as to the age of the girl committed, as ascertained by him from testimony taken under oath before him, or in such manner as he shall direct; and a recitation in the commitment that the jury found the girl to be of a given age does not answer the requirement of the statute (3 How. Stat. § 9836).

*Certiorari* to Lenawee.    (Lane, J.)    Argued November 17, 1892.    Decided December 2, 1892.

*Certiorari* to review proceedings on *habeas corpus* instituted by Henry H. Gates to inquire into the cause of the detention of his daughter, Bertha Gates, at the State Industrial Home for Girls.    Prisoner discharged.    The facts are stated in the opinion.

*P. J. Ashdown,* for petitioner.

*A. A. Ellis,* Attorney General, for the people.

McGrath, C. J.    This is *habeas corpus* to inquire into the cause of the detention of Bertha Gates at the State Industrial Home for Girls at Adrian.

The *mittimus,* issued by a justice of the peace, recites

that she was complained against before said justice for larceny; that a trial was had, and the cause—

"Submitted to the jury, and, after being out for a time, returned, and said they find that the said Bertha Gates is guilty in the manner and form as charged against her, and is of the age of ten years and eight months."

The statute (3 How. Stat. § 9836) provides for the reception at said industrial home of girls over the age of 10 years and under the age of 17 years, and that—

"It shall be the duty of all courts and magistrates sentencing girls to said home to certify to the keeper of said home the age of the person so committed, as nearly as can be ascertained by testimony taken under oath before such court or magistrate, or in such manner as the court or magistrate shall direct."

Section 9895 provides that the report of the county agent shall be attached to the *mittimus*.

The return shows that the detention is upon the naked *mittimus*, which contains no certificate as to age, nor is the report of the county agent attached thereto. The statute contemplates a finding as to the age of the person by the magistrate, based upon the testimony taken under oath before him, or taken under oath in such manner as he shall direct, and that he shall certify such age to the keeper. No mere recitation in the *mittimus* that the jury "said they find" answers the requirement of the statute.

The prisoner must be discharged.

The other Justices concurred.